**Walter Wilson, defendant in error, v. William Black, plaintiff in error.**

Action for breach of warranty in the sale of a horse warranted sound but found to be a "dummy." Judgment for plaintiff for $100. Error to the Circuit Court of Moultrie county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

Jack & Boggess, for plaintiff in error. J. L. McLaughlin and Paul Heineke, for defendant in error.

Per Curiam.

---

**Upton L. Renshaw, appellant, v. H. M. Griswold and J. E. Armstrong, appellees.**

Replevin suit dismissed on motion of plaintiff. Judgment for defendants for $306.50, or in alternative return of replevied property. Motion to vacate judgment denied. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

H. W. Masters, for appellant. Charles G. Briggle, for appellees.

Per Curiam.

---

**The People of the State of Illinois, defendant in error, v. Joseph M. Moses, plaintiff in error.**

Conviction on prosecution for conspiracy to obtain money by false pretenses. Error to the Circuit Court of Hancock county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 15, 1918. Waggoner, J., took no part in the decision of this case.

William H. Hartzell, Bert M. Cavanagh and Edward S. Martin, for plaintiff in error. Earl W. Wood and Clifton J. O'Harra, for defendant in error. .

Per Curiam.

---

**Eva M. Harrington, appellant, v. Joseph Quigley, appellee.**

Assumpsit to recover wages as servant. Motion for judgment by default for failure to file a sufficient affidavit of merits denied, and suit dismissed upon plaintiff's refusal to plead further. No final judgment entered on dismissal. Appeal from the City Court of Canton; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the April term, 1918. Appeal dismissed. Opinion filed July 15, 1918.

Max Borchardt and James P. Cook, for appellant. Burnett M. Chiperfield and Claude E. Chiperfield, for appellee; Jesse Black, Jr., of counsel.

Per Curiam.